No. 2269. VÉLEZ, APPELLEE, v. MUÑIZ, APPELLANT.—Injunction. Mayagüez. July 9, 1920. *Dismissed.*

———

No. 2270. RAMOS, APPELLEE, v. MUÑIZ, APPELLANT.—Damages. Mayagüez. July 9, 1920. *Dismissed.*

———

No. 1585. EX PARTE LÓPEZ, APPELLEE.—Habeas corpus. Mayagüez. July 16, 1920. *Withdrawn.*

———

No. 2292. MARTÍ, APPELLANT, v. AMERICAN RAILROAD COMPANY, APPELLEE. — Damages. Mayagüez. July 21, 1920. *Withdrawn.*

———

No. 2293. ORTIZ, APPELLANT, v. AMERICAN RAILROAD COMPANY, APPELLEE. — Damages. Mayagüez. July 21, 1920. *Withdrawn.*

———

No. 2274. GONZÁLEZ, APPELLANT, v. FERNÁNDEZ ET AL., APPELLEES. — Debt, etc. San Juan. July 22, 1920. *Motion overruled.*

———

No. 1414. PEOPLE, APPELLEE, v. JIMÉNEZ, APPELLANT.—Homicide. Humacao. July 22, 1920. *Reconsideration denied.*

———

No. 2272. BERRÍOS, APPELLEE, v. LÓPEZ, APPELLANT.—Servitude. San Juan. July 27, 1920. *Withdrawn.*

———

No. 2044. VÁZQUEZ, APPELLANT, v. VALDÉS ET AL., APPELLEES.—Damages. San Juan. July 27, 1920. *Reconsideration denied.*